UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x

**04 11792 RGS**

CHARLES E. DONOGHUE,

              Plaintiff,

v.

BARTON PROTECTIVE SERVICES, INC.
and DANIEL NAVEDO,

              Defendants.

C.A. No.

MAGISTRATE JUDGE Collings

RECEIPT # 58035
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 8/17/04

------------------------------------x

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to 28 U.S.C. § 1446 defendant, Barton Protective Services, Inc. ("Barton"), respectfully submits this Notice of Removal of the instant civil action. As grounds for this removal, Barton states that:

1. An action was commenced against Barton in the Suffolk County Superior Court of the Commonwealth of Massachusetts, by service of a Complaint styled as Civil Action No. 04-3107. A true and correct copy of the Complaint is annexed hereto as Exhibit "A".

2. The above-referenced action was commenced against Barton by service of the Complaint on August 5, 2004.

3. Defendant Daniel Navedo ("Navedo") has not been served with a Summons and Complaint in this action and joins in this pleading for removal purposes only. Defendant Navedo reserves all rights to assert the fact that he has not been properly served as a defense to this action.

4. No further proceedings have occurred in the state action. Neither Defendant has served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the Suffolk County Superior Court of the Commonwealth of Massachusetts.

## DIVERSITY REMOVAL

1. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, because there is diversity of citizenship, in that defendant Barton is a Delaware corporation, with a principal place of business in King of Prussia, Pennsylvania. Defendant Navedo is a resident of Rhode Island. As acknowledged in Paragraph 1 of the Complaint, Plaintiff is a resident of Massachusetts. Further, the sum in controversy appears to exceed the $75,000 jurisdictional prerequisite.

2. Barton submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

3. Defendant is filing contemporaneously with this Notice a copy of this Notice with the Clerk of the Suffolk County Superior Court of the Commonwealth of Massachusetts. A copy of that notification is attached hereto as Exhibit "B".

WHEREFORE, Barton prays that the above-action now pending in the Suffolk County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

BARTON PROTECTIVE SERVICES, INC.,

_____
Jeffrey S. Brody BBO#566032
Samia M. Kirmani BBO# 634699
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; FAX: (617) 367-2155

Dated: 8/17/04

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of August, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, #4, Boston, MA 02108, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP

Case 1:04-cv-11792-RGS    Document 1    Filed 08/17/2004    Page 4 of 11

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                     SUPERIOR COURT
                                                 C.A. NO.
                                                 04-3107H

*****************************************
CHARLES E. DONOGHUE,                  *
                                      *
        Plaintiff                     *
                                      *
v.                                    *   **COMPLAINT**
                                      *
BARTON PROTECTIVE SERVICES, INC. and  *
DANIEL NAVEDO,                        *
                                      *
        Defendants                    *
*****************************************

### Parties

1. The plaintiff is a natural person who currently resides in Braintree, Massachusetts.

2. The defendant, Barton Protection Services, Inc. (BPS), is a corporation with a place of business located in Boston, Massachusetts.

3. The defendant, Daniel Navedo, is an individual whose residence is unknown to the plaintiff. He is or was employed by BPS as a manager.

4. At all times material hereto, the defendant, BPS, has been an employer within the meaning of G.L. c. 151B.

5. Plaintiff was employed by defendant BPS for 4-5 months until May, 2003. His most recent position was as a captain. He was born on September 15, 1939.

6. At all times material hereto plaintiff performed his duties with the defendant BPS in an exemplary, competent and more than adequate manner.

7. On or about May 30, 2003 the defendant employer constructively discharged plaintiff from his position as captain.

8. Plaintiff presently remains fully capable of performing his former duties with BPS.

9. BPS's course of conduct towards plaintiff in constructively discharging him and in otherwise discriminating against him was motivated by impermissible factors, namely plaintiff's age, and plaintiff would not have been so treated by defendants if he had not been of a relatively advanced age, all in violation of G.L. c. 151B Section 4.

10. The above course of conduct towards plaintiff was aided, abetted, compelled and/or executed on behalf of BPS by defendant Navedo. Defendants acted with knowledge or had reason to know that their actions violated G.L. c. 151B Section 4.

11. On or about February 25, 2004 the plaintiff filed a complaint against defendants with the Massachusetts Commission Against Discrimination (MCAD) which complaint alleged that defendants constructively discharged plaintiff from employment on account of his age. This complaint was assigned a docket number 04BEM00933 by the MCAD.

12. Plaintiff has exhausted all administrative remedies which are required to be exhausted prior to his bringing or maintaining this action.

## Damages

13. As a result of the loss of his employment as alleged above, plaintiff has incurred damages in the nature of lost earnings, and has incurred great mental anguish and suffering.

WHEREFORE, the plaintiff prays for the following relief:

A. That he be awarded damages sufficient to compensate him for his loss of earnings, past and future, and for his mental anguish and suffering;

B. That such damages be doubled or trebled in accordance with the terms of G.L. c. 151B section 9;

C. That the defendant BPS be ordered to reinstate plaintiff to his former position (on the day shift) without loss of seniority or other benefits;

D. That he be awarded his costs of this action including reasonable attorney's fees; and

E. That this Court award him such other and further relief as it deems just and proper.

### Jury Claim

The plaintiff claims a trial by jury.

Date: 7-13-04

Charles E. Donoghue
By his attorney,

Paul A. Manoff
47 Winter Street, #4
Boston, MA 02108
(617) 542-4620
BBO# 318220

donoghue\complaint

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-3107H

Charles E. Donoghue , Plaintiff(s)

v.

Barron Protection Services, Inc., et al , Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Paul A. Manoff plaintiff's attorney, whose address is 47 Winter St., #4, Boston, MA 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 14th day of July , in the year of our Lord two thousand and four .

Michael Joseph Donovan
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

Case 1:04-cv-11792-RGS    Document 1    Filed 08/17/2004    Page 9 of 11

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CHARLES E. DONOGHUE

**DEFENDANTS**
BARTON PROTECTIVE SERVICES, INC. and
DANIEL NAVEDO

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **Norfolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: **King of Prussia, PA.**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Paul A. Manoff, Esq.
47 Winter Street, #4
Boston, MA 02108

ATTORNEYS (IF KNOWN)
Jeffrey S. Brody and Samia Kirmani
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

stamp: 04 11792 RGS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment / **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 U.S.C. 1332 - Diversity of Citizenship. Plaintiff alleges age discrimination in employment pursuant to M.G.L. c. 151B.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 8/17/04

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Donoghue v. Barton Protective Services, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   [ ] I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   [x] II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   [ ] III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   [ ] IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   [ ] V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]    NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]    NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]    NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [x]    NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [x]    Central Division [ ]    Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]    NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Samia M. Kirmani__
ADDRESS __Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116__
TELEPHONE NO. __(617) 367-0025__

(Coversheetlocal.wpd - 10/17/02)