UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
CHARLES E. DONOGHUE,

                    Plaintiff,

           v.

BARTON PROTECTIVE SERVICES, INC.         C.A. No. 0411792-RGS
and DANIEL NAVEDO,

                    Defendants.
------------------------------------------------------------x

**INITIAL DISCLOSURES OF DEFENDANTS, BARTON PROTECTIVE SERVICES, INC. and DANIEL NAVEDO, PURSUANT TO LOCAL RULE 26.1(B)**

I, M. Louise Ordman, on behalf of individual defendant Daniel Navedo ("Navedo") and on behalf of Allied-Barton Security Services (formerly Barton Protective Services, Inc.) ("Barton") (Navedo and Barton together, "Defendants"), on oath, depose and state as follows:

1.    The persons who Defendants know or believe to have discoverable information relevant to Defendants' defenses to the allegations in Plaintiff's complaint include:

    A.    Daniel Navedo
           107 Washington St.
           Central Falls, RI 02863
           401-724-7675

           Mr. Navedo has knowledge of Plaintiff's employment and his resignation.

    B.    Kevin Johnson
          1806 Waldorf Drive
          Royal Palm Beach, FL 33411

Mr. Johnson has knowledge of communications he had with Plaintiff after Plaintiff resigned.

2. Defendant Barton discloses that in its possession are documents relating to this matter, including Plaintiff's personnel file, human resources records relating to Plaintiff's employment, some notes and memoranda relating to his resignation.

3. Defendants may have insurance available for this claim and will make any applicable insurance agreement available for copying pursuant to the Federal Rules of Civil Procedure.

Signed under the pains and penalties of perjury based on personal knowledge, or information and belief if compiled by others.

_____
M. Louise Ordman,
Human Resources Manager

Respectfully submitted,

BARTON PROTECTIVE SERVICES, INC. and
DANIEL NAVEDO

By their attorneys,

_____
Jeffrey S. Brody BBO #566032
Samia M. Kirmani BBO #634699
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: October 15, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of October, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, #4, Boston, MA 02108, by first-class mail, postage prepaid.

*[signature]*
Jackson Lewis LLP