UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 25 A 11: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARLES DONOGHUE,

Plaintiff,

v.

BARTON PROTECTIVE SERVICES and
DANIEL NAVEDO,

Defendants.

Civil Action No. 0411792-RGS

### DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Defendant, Allied-Barton Security Services (formerly Barton Protective Services, Inc.) ("Barton"), and the undersigned counsel for Defendants, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

- with a view to establishing a budget for the cost of this litigation; and
- to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

FOR Allied Barton Security Services

_Deborah Pecci_ (signature)
Deborah Pecci
Vice President
and Assistant General Counsel
Allied Barton Security Services

COUNSEL FOR DEFENDANTS

_signature_
Jeffrey S. Brody (BBO# 566032)
Samia M. Kirmani (BBO#634699)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; FAX: (617) 367-2155

Dated: October 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of October, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, #4, Boston, MA 02108, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP