UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DONOGHUE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BARTON PROTECTIVE SERVICES and DANIEL NAVEDO,<br><br>　　　　　Defendants. | Civil Action No. 0411792-RGS |

### JOINT MOTION TO AMEND SCHEDULING ORDER

　　The Parties jointly move to modify the scheduling order in the matter to: (1) enlarge the date by which discovery must be completed from July 1, 2005 to and including September 1, 2005; and (2) enlarge the date by which dispositive motions must be served from September 1, 2005 to and including November 2, 2005. As grounds for their motion, the Parties state that the additional time is needed to complete discovery and resolve discovery disputes between the Parties, which they are working in good faith to resolve.

　　Counsel for the Parties have conferred in good faith about this motion and submit this motion jointly.

WHEREFORE, the Parties jointly request that the Court modify the scheduling order to: (1) designate the date by which discovery must be completed to and including September 1, 2005; and (2) designate the date by which any dispositive motions must be served to and including November 2, 2005.

Respectfully submitted,

| FOR PLAINTIFF | FOR BARTON PROTECTIVE SERVICES |
|---|---|
| /s/ Paul Manoff (by Samia Kirmani) | /s/ Samia M. Kirmani |
| Paul Manoff<br>47 Winter Street<br>Boston, MA 02108 | Jeffrey S. Brody (BBO# 566032)<br>Samia M. Kirmani (BBO#634699)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, Massachusetts 02116<br>(617) 367-0025; FAX: (617) 367-2155 |

Dated: June 17, 2005