UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DONOGHUE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BARTON PROTECTIVE SERVICES and DANIEL NAVEDO,<br><br>　　　　Defendants. | Civil Action No. 0411792-RGS |

### CERTIFICATE OF SERVICE FOR

### JOINT MOTION TO AMEND SCHEDULING ORDER

I hereby certify that, on this 17th day of June, 2005, I caused a true and accurate copy of this Certificate of Service and the Joint Motion To Amend The Scheduling Order to be served upon Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, #4, Boston, MA 02108, by first class mail, postage prepaid.

Respectfully submitted,

FOR BARTON PROTECTIVE
SERVICES

/s/ Samia M. Kirmani
_____
Jeffrey S. Brody (BBO# 566032)
Samia M. Kirmani (BBO#634699)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; FAX: (617) 367-2155

Dated: June 17, 2005