UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES DONOGHUE,<br><br>Plaintiff,<br><br>v.<br><br>BARTON PROTECTIVE SERVICES and DANIEL NAVEDO,<br><br>Defendants. | Civil Action No. 0411792-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), by and between the Plaintiff, Charles E. Donoghue, and Defendants, Barton Protective Services (now known as Allied Security, LLC) and Daniel Navedo, that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

| | |
|---|---|
| CHARLES E. DONOGHUE | ALLIED SECURITY, LLC, formerly BARTON PROTECTIVE SERVICES and DANIEL NAVEDO |
| By his attorney, | By their attorneys, |
| /s/ Paul A. Manoff<br>Paul A. Manoff (BBO #318220)<br>47 Winter Street, No. 4<br>Boston, MA 02108<br>(617) 542-4620 | / s/ Samia M. Kirmani<br>Jeffrey S. Brody, BBO #566032<br>Samia M. Kirmani, BBO #634699<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of August, 2004, I caused a true and accurate copy of the above document to be served upon Plaintiff's counsel, Paul A. Manoff, 47 Winter Street, #4, Boston, MA 02108, via hand-delivery.

/s/ Samia M. Kirmani
Jackson Lewis LLP